IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES J. LO GRANDE,** | ) | **CASE NO. 8:13CV181** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **DOUGLAS COUNTY CORRECTION CENTER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on correspondence received from Plaintiff Charles Lo Grande, which the court liberally construes as a motion to waive his filing fee. (Filing No. 8.) Plaintiff's correspondence states, in part: "I do not have [the] $14.00 filing fee that you are requesting in my current complaint (8:13CV181). Will you respond to me and tell me what the next appropriate step for me to take would be? Thank you for your valued time." (*Id.*)

Under the Prison Litigation Reform Act, an indigent inmate who files a lawsuit in federal court must pay the $350.00 filing fee, first by making an initial partial payment and then by sending the remainder of the fee to the court in installments. The method for collecting the filing fee from a prisoner is specifically provided for in 28 U.S.C. § 1915(b). Section 1915(b) is written in mandatory terms ("shall"), leaving no discretion to the district court to waive an in forma pauperis prisoner's filing fee. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff must pay an initial partial filing fee in the amount of 20 percent of the greater of Plaintiff's average monthly account balance or average monthly deposits for the six months preceding the filing of the complaint.

Here, Plaintiff's trust account statement reflects that his average monthly account balance is $70.00. (*See* Filing No. 6.) Accordingly, the court determined that his initial

partial filing fee was $14.00, which is 20 percent of $70.00. The court ordered Plaintiff to pay his initial partial filing fee by September 1, 2013. (*See* Filing No. 7.)

As set forth above, Plaintiff's payment of the $350.00 filing fee is mandatory, and the court may not waive his payment of it. However, on the court's own motion, the court will grant Plaintiff a 30-day extension of time in which to pay his initial partial filing fee. Accordingly,

IT IS ORDERED:

1. Plaintiff's motion to waive his filing fee (Filing No. 8) is denied;

2. On the court's own motion, Plaintiff is granted a 30-day extension of time in which to pay his $14.00 initial partial filing fee. Accordingly, Plaintiff shall pay an initial partial filing fee of $14.00 by October 1, 2013. If the initial partial filing fee is not received by this date, Plaintiff's case will be dismissed;

3. The clerk's office is directed to set a pro se case management deadline in this case using the following text: **October 1, 2013**: initial partial filing fee payment due; and

4. The clerk's office is directed to send a copy of this order to the appropriate official at Plaintiff's institution.

DATED this 19th day of August, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.