IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES J. LO GRANDE,** | ) | **CASE NO. 8:13CV181** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **DOUGLAS COUNTY CORRECTION CENTER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

    This matter is before the court on its own motion. On August 19, 2013, the Clerk of the court sent an Order to Plaintiff at his last known address. (Filing No. 9.) On August 27, 2013, the Order was returned to the court as undeliverable, and no forwarding information was provided. (Filing No. 10.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g), (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

    IT IS THEREFORE ORDERED that: Plaintiff shall have until **September 30, 2013**, to apprise the court of his current address, in the absence of which this matter will be dismissed without prejudice and without further notice. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: September 30, 2013: deadline for informing court of address.

    DATED this 29th day of August, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.